COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

| | |
|---|---|
| Appellate case name: | DSV Air & Sea, Inc. v. FDLS Investments LLC DBA FDLS Transport |
| Appellate case number: | 01-22-00337-CV |
| Trial court case number: | 1175873 |
| Trial court: | County Civil Court at Law No. 2 of Harris County |

On May 2, 2022, appellant, DSV Air & Sea, Inc., filed a notice of appeal from the trial court's March 21, 2022 "Default Judgment." Generally, a notice of appeal must be filed within thirty days after the entry of judgment, or, in the case of an accelerated appeal, within twenty days after entry of the judgment. *See* TEX. R. APP. P. 26.1(a), (b).

Here, appellant's notice of appeal does not indicate that this is an accelerated appeal. As such, appellant's notice of appeal from the trial court's March 21, 2022 order was due on or before April 20, 2022. However, the time within which to file a notice of appeal may be enlarged if, within fifteen days after the deadline for filing the notice of appeal, the party files a notice of appeal in the trial court, and a motion for extension of time complying with Rule 10.5(b) of the Texas Rules of Appellate Procedure in the appellate court. *See* TEX. R. APP. P. 26.3. With this extension, any notice of appeal, and motion for extension of time to file a notice of appeal, was due on or before May 5, 2022.

Appellant filed its notice of appeal in the trial court on May 2, 2022. Further, on May 3, 2022, appellant filed, in this Court, a "Motion to Extend Time to File Notice of Appeal." Appellant's motion states that the requested extension is necessary because appellant did not learn of the judgment until April 10, 2022 as "the [trial court] [c]lerk initially mailed the Default Judgment to an incorrect address."

Appellant's motion includes a certificate of conference stating that counsel for appellee, FDLS Investments LLC DBA FDLS Transport is opposed to the relief requested in the motion. *See* TEX. R. APP. P. 10.1(a)(5). However, more than ten days have passed and appellee has not filed a response to appellant's motion. *See* TEX. R. APP. P. 10.3(a).

Because appellant filed its notice of appeal and motion for extension of time to file its notice of appeal within fifteen days of the deadline for filing a notice of appeal, appellant's motion for extension of time to file its notice of appeal is **granted**.

It is so ORDERED.


Judge's signature: _____/s/ Amparo Guerra_____
                ☑ Acting individually    ☐ Acting for the Court


Date: __May 19, 2022____